UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY E. GARCIA,<br><br>       Plaintiff,<br><br>    v.<br><br>RON DAVIS; *et al.*,<br><br>       Defendants.<br>_____/ | No. C-13-4964 EMC (pr)<br><br><br>**ORDER OF TRANSFER** |

    Plaintiff, an inmate at the Valley State Prison in Chowchilla, filed this *pro se* civil action, complaining of events and omissions that occurred at that prison, which is located in Madera County. Madera County is located within the venue of the Eastern District of California. Defendant is the warden of that prison and apparently resides in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Eastern District, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter.

    IT IS SO ORDERED.

Dated: February 7, 2014

_____
EDWARD M. CHEN
United States District Judge